## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

DARREN P. TOLLIVER,

        Plaintiff,

v.

        Case No. 19-CV-727

MARINE CREDIT UNION,

        Defendant.

## SCHEDULING ORDER

On August 21, 2019 the court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorney Nathaniel Cade, Jr.; on behalf of the defendant was Attorney Keith E. Kopplin.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The parties shall make their initial disclosures pursuant to Fed. R. Civ. P. on or before **September 20, 2019**.

2. The parties may amend pleadings on or before **December 2, 2019**.

3. All non-expert discovery shall be completed no later than **April 10, 2020**.

4. The parties are to disclose information concerning expert witnesses in accordance with Fed. R. Civ. P. 26. Plaintiff shall disclose expert witnesses on or before **May 15, 2020**. Defendants shall disclose expert witnesses on or before **July 17, 2020**.

5. All dispositive pretrial motions together with briefs are to be filed in accordance with Civil L.R. 56, and no later than **August 21, 2020**. Such motions shall not be filed prior to the date of completion of discovery.

6. If no dispositive motions are filed, the court will schedule a telephonic scheduling conference soon after the dispositive motion deadline to discuss further scheduling of the case. If dispositive motions are filed, the court will schedule a telephonic scheduling conference after resolving such motions to discuss further scheduling if resolution of the motions does not dispose of the case in its entirety.

Dated at Milwaukee, Wisconsin this 21st day of August, 2019.

BY THE COURT

*s/ Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge