UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

DARREN TOLLIVER,

    Plaintiff,

v.                                          Case No. 19-cv-00727

MARINE CREDIT UNION,

    Defendant.

## FIFTH JOINT STIPULATION TO EXTEND SCHEDULING ORDER

The undersigned counsel, on behalf of the parties in the above-captioned matter, hereby agree and stipulate as follows with regard to an extension of the current scheduling order, originally dated August 21, 2019, and amended on March 17, 2020, June 11, 2020, November 20, 2020, and August 10, 2021 due to the challenges presented by the ongoing COVID-19 pandemic:

    1.    All non-expert discovery shall be completed by February 11, 2022;

    2.    Plaintiff's expert disclosure deadline is extended to March 18, 2022;

    3.    Defendant's expert disclosure deadline is extended to June 17, 2022;

    4.    The dispositive motion deadline is extended to July 29, 2022.

There is good cause for this request, including the parties' mutual desire to conduct in-person depositions, at which substantial documentation may be introduced as exhibits, which cannot safely occur with the current state of the pandemic, the out-of-state residence of the Plaintiff and other potential deponents, the upcoming Holiday Season, and preexisting commitments of the parties, their counsel, and potential deponents. Depositions are anticipated to occur in January 2022.

Dated this 12th day of November, 2021.

| | |
|---|---|
| s/ Keith E. Kopplin | s/ Nathaniel Cade, Jr. |
| Keith E. Kopplin, SBN 1044861 | Nathaniel Cade, Jr., SBN 1028115 |
| 1243 North 10th Street, Suite 200 | P.O. Box 170887 |
| Milwaukee, WI 53205 | Milwaukee, WI 53217 |
| Telephone: 414.239.6400 | Phone: (414) 255-3802 |
| Facsimile: 414.755.8289 | Fax: (414) 255-3804 |
| keith.kopplin@ogletree.com | nate@cade-law.com |
| **ATTORNEYS FOR DEFENDANT MARINE CREDIT UNION** | **ATTORNEYS FOR PLAINTIFF DARREN TOLLIVER** |

49250616.1